JOHN W. HUBER, United States Attorney (#7226)
CRISTINA P. ORTEGA, Assistant United States Attorney (#9567)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111-2176
Telephone:  (801) 524-5682
Email:  cristina.ortega@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIAH KEISHA BUTLER,<br><br>Defendant. | Case No.  1:20-CR-00023-HCN<br><br>MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM<br><br>District Court Judge Howard C. Nielson, Jr. |

The United States Attorney for the District of Utah respectfully shows this Honorable Court that the above named defendant, MARIAH KEISHA BUTLER, now being confined in the Davis County Jail in Farmington, Utah, under the authority of the state of Utah, is to appear in United States District Court for the District of Utah before the Honorable Dustin B. Pead, on **March 17, 2020, at 2:15 p.m.** for an initial appearance

–1–

hearing, and it is necessary that the defendant be present in person on said date, during proceedings, appearances, and final disposition of the case.

NOW, THEREFORE, your petitioner respectfully prays that this Honorable Court to forthwith order a Writ of Habeas Corpus Ad Prosequendum to issue from this Court to the United States Marshal for the District of Utah, requiring that a Marshal, or any federal agent, to serve said Writ on the Sheriff, Superintendent, or custodian of any place of institution where the said defendant is confined, and requiring said Marshal to produce said defendant before the Court on the above stated date for proceedings and appearances upon the charge aforesaid, and to hold the defendant at all times in his custody as an agent of the United States of America until final disposition of the case, thereafter to return the defendant to the institution wherein now confined.

DATED this ___12th___ day of March, 2020.

JOHN W. HUBER
United States Attorney

*/s/ Cristina P. Ortega*
CRISTINA P. ORTEGA
Assistant United States Attorney