IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MARIAH KEISHA BUTLER,<br><br>                Defendant. | Case No.  1:20-CR-00023-HCN<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM<br><br>District Court Judge Howard C. Nielson, Jr. |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

G R E E T I N G S:

We command you that you bring the body of MARIAH KEISHA BUTLER, now being confined at the Davis County Jail in Farmington, Utah, under the authority of the State of Utah, to appear in United States District Court for the District of Utah before the Honorable Judge Dustin B. Pead on **March 17, 2020 at 2:15 p.m.** of said day, and from day-to-day thereafter, for purposes of a initial appearance hearing on the charges pending against the defendant in the United States District Court, and in the above-entitled

pending case; and for final disposition at a later date; and hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court, you return the defendant to the institution where the defendant was confined, under safe and secure conduct, and have you then and there make a return upon this Writ.

      DATED this _____ day of March, 2020.

---

DUSTIN B. PEAD
Magistrate Court Judge