AO 442

# United States District Court
for the
District of Utah

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
JUN 22 2020
D. MARK JONES, CLERK
BY_____ DEPUTY CLERK

UNITED STATES OF AMERICA

V.

Case No: 1:20-cr-00023-HCN

**Mariah Keisha Butler**

## ARREST WARRANT

 ORIGINAL

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **MARIAH KEISHA BUTLER**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information

[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Advertising Visual Depictions of Minors Engaging in Sexually Explicit Conduct; Distribution of Child Pornography; Possession of Child Pornography**

in violation of  18:2251 and 18:2252  United States Code.

D. Mark Jones
Name of Issuing Officer

/s/ signature
Signature of Issuing Officer

By: Lynsie Severnak
    Deputy Clerk

Clerk of Court
Title of Issuing Officer

March 11, 2020 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11 MAR 20 | S. Sanish, DUSM | /s/ signature |
| DATE OF ARREST | | |
| 18 Jun 20 | | |