JOHN W. HUBER, United States Attorney (#7226)
CRISTINA P. ORTEGA, Assistant United States Attorney (#9567)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ⬥ Fax (801) 325-3310 ⬥ cy.castle@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 1:20CR00023 HCN |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL |
| vs. | |
| MARIAH KEISHA BUTLER, | Judge Howard C. Nielson, Jr. |
| Defendant. | |

Notice is hereby given of the entry of appearance of Cy H. Castle, Assistant United States Attorney, as **co-counsel** for the United States of America in the above-entitled action for the purposes of all forfeiture related matters. Please serve all further notices and copies of pleadings, papers and other materials relevant to this action upon:

      Cristina P. Ortega (Lead Counsel)
      Assistant United States Attorney
      111 South Main Street, #1800
      Salt Lake City, Utah 84111

[This space intentionally left blank]

Cy H. Castle (Co-Counsel)
Assistant United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

Dated this 26th day of June, 2020.

JOHN W. HUBER
United States Attorney


 /s/ *Cy H. Castle*
CY H. CASTLE
Assistant U.S. Attorney