IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MARIAH BUTLER,<br><br>Defendant. | **CONSENT TO APPEARANCE AT INITIAL APPEARANCE HEARING VIA VIDEO AND WAIVER OF PERSONAL APPEARANCE**<br><br>Case No. 1:20-CR-023 HCN<br><br>Judge Howard C. Nielson |

I, MARIAH BUTLER, agree that under the CARES Act § 15002(b) and General Order No. 20-011, I consent to proceed with my initial appearance hearing in this matter by video. I agree, after consultation with counsel, that this hearing cannot be further delayed without serious harm to the interests of justice.

I also understand that under Federal Rules of Criminal Procedure 11 and 43 and the Constitution, I have the right to be physically present at my initial appearance hearing. I, after consultation with my counsel, understand that right and voluntarily agree to waive it and to proceed by video. My attorney joins in this consent and agreement.

DATED this _18th_ day of June, 2020.

_/s/ Mariah Butler_
MARIAH BUTLER
Defendant

_/s/ Vanessa M. Ramos_
VANESSA M. RAMOS
Counsel for Defendant