JOHN W. HUBER, United States Attorney (#7226)
CRISTINA P. ORTEGA, Assistant United States Attorney (#9567)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
cristina.ortega@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00023 HCN |
|---|---|
| Plaintiff, | |
| vs. | JOINT STATUS REPORT |
| MARIAH KEISHA BUTLER, | |
| Defendant. | Judge Howard C. Nielson, Jr. |

Pursuant to the General Order 20-030 on October 29, 2020 and this Court's Orders on November 2, 2020,[1] the parties provide the following status update:

1. The parties have conferred and anticipate that this matter will likely be resolved without trial. Both parties agree that any continued, meaningful discussions as to a resolution are dependent upon further mitigation that defense counsel is currently working on.

2. However, should anticipated discussions not result in a resolution, both parties request that this matter be set for trial 120 days after the court reopens

---

[1] ECF No. 32 and 33, November 2, 2020 Orders.

1

to prepare for trial. If the parties feel that additional time will be needed once the courts reopen for trial, a motion to continue will be filed in a timely manner.

DATED this 16th day of November, 2020.

                                              JOHN W. HUBER
United States Attorney

/s/ *Cristina P. Ortega*
Cristina P. Ortega
Assistant United States Attorney

/s/ *Wendy Lewis*
Wendy Lewis
Attorney for Mariah Keisha Butler
(consent provided)