SCOTT KEITH WILSON, Federal Public Defender (#7347)
WENDY M. LEWIS, Assistant Federal Public Defender (#5993)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARIAH BUTLER, Defendant. | JOINT STATUS REPORT  Case No. 1:20 CR 23 HCN |

Pursuant to the Court's March 22, 2021 order (Dck. #39), the parties provide the following status update

1. The parties anticipate that this matter will be resolved by way of plea agreement. The parties are currently in discussions as to how to resolve this matter.

2. Defense counsel has reached out the Bureau of Prisons for information regarding appropriate medical facilities for Ms. Butler. As of this date the BOP has not responded.

3. Ms. Butler is being housed at the Salt Lake Adult Detention Center in their mental health unit. The jail is currently in the process of changing her medications. Ms. Butler should not enter into a plea agreement until such time that her medication is stabilized.

4. In the event that this case proceeds to trial, the parties ask the Court to set a trial date as soon as possible after the Court reopens.

DATED this 10th day of May, 2021.

*/s/ Wendy M. Lewis*
WENDY M. LEWIS
Assistant Federal Public Defender