SCOTT KEITH WILSON, Federal Public Defender (#7347)
ROBERT L. STEELE, Assistant Federal Defender (#5546)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah   84101
Telephone: (801) 524-4010
Robert_Steele@fd.org

_____

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | **SUBSTITUTION OF COUNSEL** |
|---|---|
| Plaintiff, | |
| v. | Case No. 1:20 CR 23 HCN |
| MARIAH KEISHA BUTLER, | |
| Defendant. | |

Robert L. Steele, Assistant Federal Defender, hereby enters a substitution of counsel in the above-entitled case on behalf of Defendant, Mariah Keisha Butler, in place of Wendy M. Lewis, who previously entered an appearance in this matter.

DATED this 10th day of November, 2021.


　　　　　　　　　　　　　　　　　　　　　　　/ s / *Robert L. Steele*
　　　　　　　　　　　　　　　　　　　　　　　ROBERT L. STEELE
　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender


　　　　　　　　　　　　　　　　　　　　　　　/ s / *Wendy M. Lewis*
　　　　　　　　　　　　　　　　　　　　　　　WENDY M. LEWIS
　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender