SCOTT KEITH WILSON, Federal Public Defender (#7347)
ROBERT L. STEELE, Assistant Federal Defender (#5546)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah  84101
Telephone: (801) 524-4010
Robert_Steele@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIAH KEISHA BUTLER,<br><br>Defendant. | **JOINT STATUS REPORT RE: TRIAL**<br><br>Case No. 1:20 CR 23 HCN |

Pursuant to the Court's March 25, 2022 order (Doc. 62), the parties provide the following joint status update:

1. Counsel has never met personally with Ms. Butler, only having had phone contact with her. The parties are not close to a resolution, and it will be difficult to move forward quickly toward resolution or trial without adequate contact between the Defendant and Counsel.

2. Ms. Butler is currently being housed at F.M.C. Carswell awaiting transport after the completion of her competency evaluation. Counsel have been informed by the Marshal's Office that there is no suitable placement for her in the jails in the State of Utah, primarily because of her still fragile emotional state. It is not clear where she will be housed or that she will even be housed in the District.

3. Counsel would be happy to appear at a status conference to explain things more completely.

DATED this 1st day of April, 2022.

        / s / *Robert L. Steele*
ROBERT L. STEELE
Assistant Federal Defender