SCOTT KEITH WILSON, Federal Public Defender (#7347)
ROBERT L. STEELE, Assistant Federal Defender (#5546)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah   84101
Telephone: (801) 524-4010
Robert_Steele@fd.org

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIAH KEISHA BUTLER,<br><br>Defendant. | MOTION FOR HEARING TO DETERMINE MENTAL COMPETENCY OF DEFENDANT TO PROCEED TO TRIAL<br><br>Case No. 1:20 CR 23 HCN<br><br>Judge Howard C. Nielson |

Defendant, Mariah Keisha Butler, by and through his counsel of record, Robert L. Steele, hereby moves this Court to set a hearing under 18 U.S.C. § 4241(c) to be conducted pursuant to 18 U.S.C. § 4247(d), in order to determine the mental competency of Defendant as defined in 18 U.S.C. § 4241(d).  Counsel for both the Defendant and the Government assert that there is reason to believe that the Defendant is presently competent.  A competency evaluation has been received from the Bureau of Prisons on January 16, 2022.

DATED this 5th day of April, 2023.

/s/ *Robert L. Steele*
ROBERT L. STEELE
Assistant Federal Defender